UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-6348 PVC Date: November 16, 2026

Title Kimberly Hampton v. 4U Hair Unlimited, Inc.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE AND SERVE NOTICE OF ASSIGNMENT**

On June 11, 2026, Plaintiff filed her Complaint. (Dkt. No. 1). The case was assigned to the undersigned Magistrate Judge on the same date. (Dkt. No. 5). On June 12, 2026, the Summons issued. (Dkt. No. 6). Pursuant to the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent (Dkt. No. 5), Plaintiff was required to serve the form on Defendants in accordance with Local Rule 73-2.1 and file a proof of such service no later than fourteen (14) days after such service. Plaintiff has failed to comply with these requirements. Under the Federal Rules, if a Defendant is not served within 90 days after the Complaint is filed, a case must be dismissed. *See* F. R. Civ. P. 4(m).[1] Further, Local Rule 41-1 provides that "Civil suits which have been pending for an unreasonable period of time without any action having been taken therein may, after notice, be dismissed for want of prosecution." Nothing has transpired in this case since

[1] "A federal court does not have jurisdiction over a defendant unless the defendant has been served properly [with the summons and complaint] under Fed. R. Civ. P. 4. . . . [W]ithout substantial compliance with Rule 4 neither actual notice nor simply naming the defendant in the complaint will provide personal jurisdiction." *Direct Mail Specialists, Inc. v. Eclat Computerized Technologies*, 840 F.2d 685, 687 (9th Cir. 1988) (internal citations and quotation marks omitted).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-6348 PVC Date: November 16, 2026

Title Kimberly Hampton v. 4U Hair Unlimited, Inc.

June 2026.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen days** of the date of this Order, why this case should not be dismissed with prejudice for Plaintiff's failure to prosecute and comply with court orders. Fed. R. Civ. P. 41(b). Failure to timely comply with this Order will result in referral to the Chief District Judge for dismissal for this action.

IT IS SO ORDERED.

| | |
|---|---|
| | 0:00 |
| **Initials of Preparer** | mr |